Johnny Browning
2221 Village ct. #5
Belmont, CA 94002
Telephone: (650) 430 - 3300

FILED
2011 JAN 12 A 10: 39
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

ADR

IFP
NP

**United States District Court**
**Northern District of California**
**Civil Case**

| | |
|---|---|
| Johnny Browning, | ) Case No.: |
| Plaintiff. | ) |
| | ) CV11-00174 |
| | ) COMPLAINT FOR DAMAGES |
| | ) UNDER TITLE VII, |
| vs. | ) THE AMERICANS |
| | ) WITH DISABILITIES ACT |
| Sun Run & Solmentum, | ) |
| Defendant | ) |
| | ) |
| | ) |

**To Defendants Sun Run & Solmentum,** Notice is hereby given that on 01/10/11, at United States District Court, 280 South First St., San Jose, CA 95113 a complaint is filed by Johnny Browning (hereinafter "Plaintiff"); against Sun Run & Solmentum (hereinafter "Defendant"). Plaintiff respectfully submits complaint to set a hearing date in the above-captioned matter. In support of this motion, the petitioner states that factual and legal issues have been extensively briefed and is requesting a hearing. This court is proper jurisdiction due to employment location, employer's Santa Clara office, and work territory.

[Summary of pleading] - 1

## STATEMENT OF FACTS

Plaintiff was employed by Defendant as a Solar Sales Rep. in February and March of 2010. Prior to and during employment, Plaintiff made Defendant aware of a physical disability that may cause or prevent the Plaintiff to fulfill all of his duties. Defendant knew and at first, was accepting of the disability and Plaintiff passed the probationary period. Plaintiff was having problems with disability, but did continue to perform and have results that were within the averages of peers and co-workers. Defendant was told many times by Plaintiff of the continued problems with the disability and that Plaintiff wants to continue work as much as possible to the best of their physical ability, specifically Michael Abramovic; Director of Sales and Jason Brown; Co-Founder & CEO who both complied and wanted employment of the Plaintiff to continue. One specific weekend, 03/20/10 and 03/21/10, Plaintiff had a bad flare up of pain in the area of disability. Plaintiff informed Defendant of the flair up and the increase in pain. Defendant told Plaintiff to continue work best as possible and the Plaintiff did so. On 03/21/10, the pain and disability of the Plaintiff was greater than the previous day and once again the Defendant was informed. Due to the flair up, disability, and pain, Plaintiff was not able to fulfill all of the duties on 03/21/10 and told this to Defendant. Defendant became irritated and immediately fired Plaintiff while the two were on the phone, specifically, Michael Abramovic; Director of Sales.

Defendant will claim that termination was based upon "lack of professionalism" on the part of Plaintiff due to being late a couple of times and missing a couple of days. This is incorrect; Plaintiff was only late one time, due to a car accident that happened while Plaintiff was on the way to work and the days that Plaintiff missed were known to the Defendant as a pre-engagement before date of hire.

## CLAIM

Defendant Violated the Civil Rights of the Plaintiff according to:

[Summary of pleading] - 2

**TITLE VII OF THE CIVIL RIGHTS ACT, THE AMERICANS WITH DISSABILITES ACT (ADA)**

**REQUEST FOR RELIEF**

WHEREFORE, the plaintiff requests:

1. Compensatory damages, including general and special damages.
2. Any further relief which the court may deem appropriate.
3. Hearing or Mediation date

Respectfully submitted,

Johnny Browning

By: _____

Plaintiff

Solmentum, 717 Market St., Suite 600, San Francisco, CA 94103

78 1st St # 100 San Francisco, CA 94105-2507

SunRun; 45 Fremont Street, 32nd Floor, San Francisco, CA

Dated this

January 10, 2011

[Summary of pleading] - 3