\*\*E-Filed 1/19/11\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHNNY BROWNING, | Case Number 5:11-cv-00174 JF |
| Plaintiff, | ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| SUN RUN & SOLMENTUM, | [Re: document 2] |
| Defendant. | |

On January 12, 2011, Plaintiff filed the instant action, alleging that Defendant violated his rights under the Americans with Disabilities Act. A district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). However, "[a] district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Minetti v. Port of Seattle*, 152 F.3d 1113, 1115 (9th Cir. 1998) (internal citation and quotation marks omitted).

---

[1] This disposition is not designated for publication and may not be cited.

2

1  Plaintiff has filed an affidavit stating that he has no resources. It is not clear from the
2 face of the complaint that Plaintiff's claims lack merit. Accordingly, the application to proceed
3 *in forma pauperis* is GRANTED. IT IS HEREBY ORDERED that the Clerk issue summons,
4 and that the U.S. Marshal for the Northern District of California serve a copy of the complaint
5 and this order upon Defendants..

8  DATED: 1/18/2011

_____
JEREMY FOGEL
United States District Judge

1 | Copies of this Order were mailed to the following persons:

2

3 | Plaintiff *pro se*:

4 | Gary D Easley
  | 18525 Old Monterey Rd.
5 | Morgan Hill, CA 95037

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. 5:10-cv-05520-JF/PSG
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC2)