**E-filed 04/22/11**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHNNY BROWNING,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOLMENTUM and SUNRUN,<br><br>　　　　　　Defendants. | Case Number 5:11-CV-00174 JF (HRL)<br><br>**ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>[Re: Docket No. 7] |

　　Plaintiff Johnny Browning brings the instant action against Defendants Solmentum and SunRun for employment discrimination in violation of Title I of the Americans with Disabilities Act, 42 U.S.C. §§ 12111-12117. SunRun moves to dismiss for failure to state a claim upon which relief may be granted. The Court concludes that the motion is appropriate for determination without oral argument and will vacate the hearing scheduled for April 29, 2011. *See* Civ. L. R. 7-1(b).

　　Plaintiff's opposition was due at least twenty-one days before the noticed hearing date of April 29, 2011, or no later than April 8, 2011. *See* Civ. L. R. 7-3(a). As of the date of this order,

---

　　[1]　　This disposition is not designated for publication in the official reports.

Plaintiff has not filed opposition papers. Because the instant motion appears well-taken and is unopposed, the motion will be granted, with leave to amend.

## ORDER

For good cause shown:

(1) the motion to dismiss is GRANTED, with leave to amend;

(2) any amended pleading shall be filed within twenty (20) days of the date this order is filed;

(3) the hearing date of April 29, 2011 is VACATED.

**IT IS SO ORDERED**

DATED: 04/22/11

_____
JEREMY FOGEL
United States District Judge