1  ERICA K. ROCUSH, State Bar No. 262354
   Erica.rocush@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza
   San Francisco, California 94105
4  Telephone:   (415) 442-4810
   Facsimile:   (415) 442-4870
5
   Attorneys for Defendant SunRun, Inc.
6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY BROWNING,<br><br>            Plaintiff,<br><br>    v.<br><br>SUNRUN and SOLMENTUM,<br><br>            Defendants. | Case No. CV 11-00174 EJD<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

    Pursuant to the Stipulation for Dismissal with Prejudice submitted by Plaintiff and Defendant SunRun, Inc., and good cause appearing therefore,

    IT IS HEREBY ORDERED as follows:

    This matter is dismissed with prejudice as to defendant SunRun, Inc., each party to bear his or its own attorneys' fees and costs.

Dated: May 17, 2011

_____
Hon. Edward J. Davila
United States District Court Judge

10162247_1

Case No.: CV 11-00174 EJD

[PROPOSED] ORDER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY BROWNING,

        Plaintiff,

  v.

SUN RUN & SOLMENTUM et al,

        Defendant.

Case Number: CV11-00174 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny Browning
2221 Village ct.#5
Belmont, CA 94002

Dated: May 17, 2011

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk