IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHNNY BROWNING, | NO. 5:11-cv-00174 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| SUN RUN, et. al., | |
| Defendant(s). | |

On June 3, 2011, the Court set a case management conference in this action for July 15, 2011, at 10:00 a.m. Neither the plaintiff nor remaining defendant appeared at the appointed time for the case management conference, nor did the Court receive a request for an extension of time or any other excuse for the parties' failure to appear. It appears from a review of the docket that service has not been effected on Defendant Solmentum because of failure to provide a proper address.

Accordingly, the Court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If plaintiff does not file a response to this order to show cause by August 15, 2011, demonstrating why the case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: July 15, 2011

EDWARD J. DAVILA
United States District Judge