**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHNNY BROWNING,<br><br>　　　　Plaintiff(s),<br>　v.<br>SUN RUN, et. al.,<br><br>　　　　Defendant(s). | NO. 5:11-cv-00174 EJD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On July 15, 2011, the Court ordered Plaintiff Johnny Browning to show cause in writing by August 15, 2011, why this case should not be dismissed for lack of prosecution after Plaintiff failed to appear at a Case Management Conference. See Docket Item No. 25. The Court admonished Plaintiff that the Court would dismiss this action with prejudice should he fail to respond or otherwise fail to show good cause.

As of this date, Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 16, 2011

　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge